

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2016

No. 04-16-00611-CV

Sandra Campos **VIDALES**,
Appellant

v.

Raymond **CAMPOS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04500
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The court reporter has filed a notice stating appellant has not paid or made arrangements to pay for the preparation of the reporter's record and that appellant is not entitled to the record without paying the fee.

We order appellant Sandra Campos Vidales to provide written proof to this court by **October 21, 2016** that either (1) the reporter's fee has been paid or arrangements satisfactory to the clerk have been made to pay the reporter's fee; or (2) appellant is entitled to the reporter's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, appellant's brief will be due **November 10, 2016**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2016.

Keith E. Hottle
Clerk of Court